UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARLUK MAYWEATHERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. VALENZUELA, et al.,<br><br>　　　　Defendants. | No. CV 12-04594-DMG (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE SECOND AMENDED COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint and all other papers along with the Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. No objection has been filed.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Second Amended Complaint, and the action, without prejudice.

DATED: May 29, 2015

　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE