JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KARLUK MAYWEATHERS, | ) | No. CV 12-04594-DMG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| E. VALENZUELA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and entire action without prejudice.

DATED: May 29, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE